```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07814
   ARIEDE DADE HOWARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2438

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/03/2006 and was confirmed 10/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/20/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HOUSEHOLD AUTO FINANCE    SECURED VEHIC       .00            .00            .00
NATIONAL CITY MORTGAGE    CURRENT MORTG       .00            .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE   1376.71            .00        1376.71
FIRST CONSUMERS NATIONAL  UNSECURED     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       2447.15            .00            .00
ILLINOIS SECRETARY OF ST  UNSECURED     NOT FILED            .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY    2,050.00                       2,050.00
TOM VAUGHN                TRUSTEE                                         208.55
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               3,635.26

PRIORITY                                        .00
SECURED                                    1,376.71
UNSECURED                                       .00
ADMINISTRATIVE                             2,050.00
TRUSTEE COMPENSATION                         208.55
DEBTOR REFUND                                   .00
                    --------------        --------------
TOTALS                3,635.26             3,635.26
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |